# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| STACEY WATERSON, | ) | C/A # 9:09-1013 DCN |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) ) | |
| | ) | |
| Defendant. | ) | |

The above referenced Social Security case is before this court upon the plaintiff's amended motion for attorney fees. Plaintiff filed this petition on December 24, 2009. Defendant filed a response in opposition on January 11, 2010.

Accordingly, it appears from the record and memoranda filed that the plaintiff's motion for attorney fees should be awarded in the amount of $7,837.22 under the Equal Access to Justice Act (EAJA).

**IT IS THEREFORE ORDERED** that the motion for attorney's fees is **GRANTED**.

**AND IT IS SO ORDERED**.

David C. Norton
United States District Judge

April 19, 2012
Charleston, South Carolina